Joseph A. Dunne
Law Office of Gerard F. Dunne, P.C.
41 Union Square West
Suite 1125
New York, NY  10003
(212) 645-2410
*Attorneys for the Plaintiff*


UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                  :

ENVIROCARE TECHNOLOGIES, LLC.    :
                                                  :

                 Plaintiff,    :   Civil Action No.:
                                                  :

           v.                             :
                                                  :

CRUCIAL VACUUM, LLC; CRUCIAL    :
BRANDS, INC.; and CHAD RUBIN    :
                                                    :

                 Defendants.    :
-------------------------------------------------------X

## COMPLAINT

Plaintiff, for its Complaint against the Defendants, respectfully alleges as follows:

## THE PARTIES

1.  Plaintiff, EnviroCare Technologies, LLC (hereinafter "Envirocare") is a limited liability company organized under the laws of New York, having a principle place of business at1626 Locust Avenue Bohemia, Suite 8, New York.

2.  Plaintiff, upon information and belief, alleges that Defendant, Crucial Vacuum, LLC is a limited liability company of the State of New York and has a principal place of business at 415 Hamburg TPKE, Wayne, NJ 07470.

3.  Plaintiff, upon information and belief, alleges that Defendant, Crucial Brands Inc.,  is a corporation of the State of New York, that changed its name from Crucial Vacuum, Inc. to Crucial Brands, Inc. On December 16, 2013, and has a principal place of

1

business at 415 Hamburg TPKE, Wayne, NJ 07470. Crucial Vacuum, LLC and Crucial Brands, Inc. shall hereinafter be referred to collectively as "Crucial."

5.  Plaintiff, upon information and belief, alleges that Defendant Chad Rubin, is an individual and a principle of both Crucial Vacuum, LLC and Crucial Brands, Inc.  Upon information and belief Chad Rubin maintains an office or residence at 651 Main Street Unit 2, Sparkill, NY, 10976.

## JURISDICTION AND VENUE

6.  The First and Second claims herein arise under the Federal Trademark Act of 1946, 15 U.S.C. §1051, *et seq.* and accordingly, subject matter jurisdiction for these claims is conferred upon this Court by virtue of 15 U.S.C. §1121 and 28 U.S.C. §1338(a).

7.  The remaining claims herein arise under the laws of the State of New York and are joined with related claims under the Federal Trademark Act.  Accordingly, subject matter jurisdiction for the remaining claims is conferred upon this Court by 28 U.S.C. §1338(b) and 28 U.S.C. §1367.

8.  Defendants Crucial and Chad Rubin (collectively hereinafter "the Defendants") engage in the marketing and solicitation of accessories for vacuum cleaners within this judicial district and in doing so, have caused harm to Envirocare, a resident corporation of this judicial district.

9.  The Defendants entered into a contract and settlement agreement with Envirocare in order to resolve a prior dispute which was before this court, the subject of *Envirocare Technologies, LLC v. Crucial Vacuum, Inc., et al.*, Civil Action No. 2:10-cv-05542(JFB)(ETB) (hereinafter "The Prior Action"). The contract was negotiated and executed in the Southern and Eastern District of New York, and in breaching said contract, Defendants have caused harm to Envirocare, a resident corporation of this judicial district.

10.  Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) and (c).

## NATURE OF THE CASE

11.  This is an action seeking injunctive relief and damages for federal and common law trademark infringement, unfair competition, and breach of an existing settlement agreement.

12.  This action arises from the Defendants' intentional scheme to compete unfairly by selling accessories for vacuum cleaners that compete with Envirocare and have been advertised and sold under the Envirocare name. Such products of the Defendants are referred to collectively as the "Infringing Products."

13.  Upon information and belief, Chad Rubin, owns or operates one or more of the other Defendant entities and Mr. Rubin is a principal of both Crucial Vacuum, LLC and Crucial Brands, Inc.   On information and belief, Mr. Rubin operates and controls all aspects of Crucial and personally was involved in and is responsible for the selection, adoption, and use of the products and listings alleged in this complaint to constitute trademark infringement, unfair competition and breach of contract. Upon information and belief, Mr. Rubin was and is an active and direct participant in, and the driving force behind and has induced, the unlawful activity alleged by Envirocare in this Complaint.

## COUNT I:   FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114

14.  Plaintiff, Envirocare, markets within this judicial district and throughout the United States replacement accessories, such as filters and bags, for vacuum cleaners.

15.  The products of Envirocare are replacement vacuum accessories marketed and sold under the Envirocare name since 2001, which prominently identify Envirocare as the source of these goods.

3

16.   ENVIROCARE, United States Trademark registration No. 3,914,048,  is a registered trademark, owned by Envirocare for replacement vacuum accessories, such as filters and bags. (See Exhibit A)

17.   Since 2001, and prior to the acts of the Defendants complained of herein, Envirocare has established rights in the United States and elsewhere, including this judicial district, to the Envirocare trademark as applied to vacuum accessories.

18.   By virtue of the extensive use by the plaintiff of the Envirocare trademark, throughout the United States, the Envirocare trademark has come to symbolize the reputation and good will of the plaintiff, Envirocare.

19.   Envirocare markets a line of high-quality replacement vacuum bags in the United States, each line has distinctive design elements.  One such line, for example, is marketed as replacement vacuum bags for Hoover Type Y vacuum bags, and is shown in the attached Exhibit B.

20.   Envirocare has been marketing from this judicial district the replacement vacuum bags, such as the replacement vacuum bags for Hoover Type Y vacuum bags as illustrated in the attached Exhibit B, long before the activities of the Defendants noted herein.

21.   Subsequent to the adoption, registration and use of the Envirocare trademark, for vacuum accessories by Envirocare, the Defendants have been advertising and offering for sale on the internet non-Envirocare products, in at least one internet marketplace, Amazon.com, vacuum accessories listed and advertised under the name Envirocare (hereinafter "the Infringing Products"). See for example the offering by Crucial Vacuum on a Envirocare-branded Hoover Y Amazon.com product listing shown in Exhibit C.

22.   Envirocare has given notice to the Defendants herein that the use of the name Envirocare by defendants violates the rights of the plaintiff in its trademark; and despite

4

such notification, the defendants have continued to list non-Envirocare vacuum accessories using the name Envirocare.

23.  Envirocare believes and therefore avers that the Defendants were well aware of the trademark of Envirocare prior to the marketing in the United States of products of Defendants, and that the Defendants willfully intend that the marketing within this judicial district and elsewhere of The Infringing Products under the Envirocare name is intended to create confusion to purchasers buying with ordinary care, to deceive, and to trade-off of and/or harm the business and reputation of Envirocare within this judicial district deliberately.

24.  Envirocare further believes and therefore avers that the Defendants are fully aware that their aforesaid acts tend to falsely identify and falsely associate the source of the merchandise of the Defendants with Envirocare.  Such actions on the part of the Defendants are intended to cause and are likely to cause mistake and actual confusion in the minds of purchasers and to deceive, all to the great and irreparable damage and injury of Envirocare.

25.  Such unfair competition and trademark infringement as noted above have and will continue to cause confusion, and is, on information and belief, done willfully by the Defendants.

26.  Plaintiff is informed and believes and therefore avers that the Defendants herein have deliberately and knowingly continued to appropriate the reputation and good will that Envirocare has developed for replacement vacuum accessories.

27.  The aforesaid activities of the Defendants have and will continue to create confusion to consumers and the relevant trade buying with ordinary care, and Envirocare further avers that the Defendants are fully aware that the marketing of The Infringing Products with the Envirocare name will falsely identify and falsely misrepresent the

source of its goods as originating with or sponsored, or approved by the Envirocare.  Such actions on the part of the Defendants are believed to be intended to cause and likely to cause mistake and confusion in the minds of the purchasing public.

28.  Unless properly enjoined by this Court, the confusion and deception noted immediately above, and the likelihood therefor, will continue with irreparable harm and damage to Envirocare.

## COUNT II: FEDERAL COMMON LAW UNFAIR COMPETITION UNDER 15 U.S.C. §1125

29.  As a complete and second ground of relief, Plaintiff hereby charges the Defendant with Federal common law unfair competition under 15 U.S.C. §1125, and hereby realleges paragraphs 1-28.

30.  The Defendants' unauthorized and unlawful misappropriation of the Envirocare trademark has enabled the Defendants to unlawfully trade upon the established good will and reputation of Envirocare as a provider of high-quality replacement vacuum accessories.  The Defendants are thus unjustly enriching themselves at the expense and to the damage and injury of Envirocare, and unless enjoined by this Court, will further impair the value of Envirocare's trademark, its reputation and good will.

## COUNT III: COMMON LAW UNFAIR COMPETITION UNDER THE LAWS OF THE STATE OF NEW YORK

31.  As a complete and third grounds for relief, Plaintiff hereby charges the Defendants with common law unfair competition under the laws of the State of New York, and hereby realleges paragraphs 1-30.

32.  Envirocare has expended effort and money to design and produce high-quality replacement vacuum accessories under the name Envirocare with a distinctive and stylized appearance to identify to both the trade and relevant purchasing public a high-

6

quality product marketed by Envirocare, and in establishing in connection therewith, a reputation for quality.

33.  As a result of the marketing by the Defendants of comparable products using the Envirocare name, the reputation of Envirocare has been misappropriated.

34.  By appropriating the trademark of Envirocare the Defendants are able to "palm off" its Infringing Products as the genuine products of Envirocare.  The Defendants are thus deliberately and knowingly misrepresenting and diverting Plaintiff's goodwill, and the reputation symbolized thereby, and therefore unfairly competing with Envirocare.

35.  Upon information and belief, the unfair competition of the Defendants have caused, and if allowed to continue, will continue to cause sales of the products of Envirocare to be lost and/or diverted improperly to the Defendants.

36.  The unfair competition of the Defendants have caused substantial and irreparable damage and injury to Envirocare, and in particular to its valuable goodwill and reputation, and unless enjoined by this Court, will continue to cause substantial and irreparable damage and injury to Envirocare.

**COUNT IV: UNFAIR COMPETITION UNDER THE STATUTES OF THE STATE OF NEW YORK**

37.  As a complete and fourth grounds for relief, Plaintiff hereby charges the Defendants with unfair competition and consumer deception under the laws of the State of New York, and hereby realleges paragraphs 1 through 36.

38.  The aforementioned activities of Defendants violates §§ 349 and 350 of the New York General Business Law.

**COUNT V: BREACH OF CONTRACT AND SETTLEMENT AGREEMENT**

39.  As a complete and fifth grounds for relief, Plaintiff hereby charges the Defendants with breach of contract, and hereby realleges paragraphs 1 through 38.

40.  On January 28, 2011 Defendants Chad Rubin and Crucial Brands, Inc. (formerly Crucial Vacuum, Inc.) executed a contract and settlement agreement with Envirocare in order to resolve The Prior Action (hereinafter "The Settlement Agreement").

40.  Paragraph 2 of The Settlement Agreement provides that Defendants Chad Rubin and Crucial Brands, Inc. (formerly Crucial Vacuum, Inc.) "immediately cease listing and sale of non-Envirocare products under the Envirocare name."

41.  The actions of Defendants Chad Rubin and Crucial Brands, Inc. described herein above violate the terms of The Settlement Agreement, specifically, but not limited to paragraph 2 noted above, and constitute a substantial breach of The Settlement Agreement, and have casued harm to Envirocare.

42.  Plaintiff is informed and believes and therefore avers that the Defendants herein have deliberately and knowingly breached The Settlement Agreement.

**WHEREFORE**, plaintiff prays for the following relief:

A.    that the Defendants their agents, servants, employees and attorneys as well as those persons in active concert or participation therewith be temporarily, preliminarily and permanently enjoined and restrained from manufacturing, having manufactured, importing, offering for sale, selling, advertising or promoting or distributing in the United States any products using the name Envirocare on the product or listing;

D.    that an accounting and judgment be rendered against the Defendants for:

(i)  all profits received by the defendant from the sale of any products using the name Envirocare on the product or listing.

(ii) all damages sustained by Envirocare as a result of the sale of any products using the name Envirocare on the product or listing;

(iii) that the Defendants account for and compensate Envirocare fully for all

sales of products of Envirocare that have been diverted or reduced as a result of the unfair competition of the defendant as authorized by 15 U.S.C. § 1117 and §§ 349, 350 and 360-m of the New York General Business Law;

(iv)  that the Defendants account for all profits received from the sale of products competing unfairly with Envirocare as authorized by 15 U.S.C. § 1117 and  §§ 349, 350 and 360-m of the New York General Business Law;

(v) that the damages to Envirocare resulting from the unfair competition by Defendants  be trebled in view of the willful and wanton actions thereof and its knowing breach of contract; and

D.      that Envirocare have and receive its costs in this action, including an award of its reasonable attorney's fees with interest from the date of the filing of this complaint pursuant to 15 U.S.C. § 1117 and General Business Law §§ 349, 350 and 360-m;

E.      that Envirocare receive interest on its damages awards from the date of injury;

F.      that punitive damages be awarded as a result of the wanton misappropriation of the Envirocare name, pursuant to New York General Business Law §§ 349, 350 and 360-m; and

G.      Envirocare be granted such other and further relief as the court deems just and appropriate.


Dated:       New York, New York              Respectfully submitted,
             September 29, 2016

                                             /s/ Joseph A Dunne
                                             Joseph A. Dunne (JD 0674)
                                             Law Office of Gerard F. Dunne, P.C.
                                             41 Union Square West, Suite 1125
                                             New York, NY   10003
                                             212-645-2410
                                             *Attorneys for Plaintiff*
                                             *EnviroCare Technologies, LLC .*

EXHIBIT A



# United States of America
## United States Patent and Trademark Office

# EnviroCare

**Reg. No. 3,914,048**

**Registered Feb. 1, 2011**

**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

ENVIROCARE TECHNOLOGIES, LLC (NEW YORK LIMITED LIABILITY COMPANY)
SUITE 8
1626 LOCUST AVENUE
BOHEMIA,, NY 117162159

FOR: DUST FILTERS AND BAGS FOR VACUUM CLEANERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-066,268, FILED 6-18-2010.

CIMMERIAN COLEMAN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT B

Home & Kitchen

Departments | Browsing History | Loren's Amazon.com | Hello, Loren Your Account | Prime | Lists

2 Cart

Cart Subtotal: $15.98

Proceed to checkout

Home & Kitchen | Best Sellers | Shop by Room | Bedding & Bath | Home Décor | Artwork | Storage

**Make sure this fits your model:** Enter model number | Search | What if I don't kno

Partfinder Feedback

Home & Kitchen › Vacuums & Floor Care › Vacuum Parts & Accessories › Bags › Upright Bags

Click to open expanded view

# Hoover WindTunnel Upright Type Y Vacuum Bags Microfiltration with Closure - 9 Pack, Compare With Hoover Part # 4010100Y

by EnviroCare

1,246 customer reviews

| 28 answered questions

List Price: ~~$12.99~~

Price: $7.11

You Save: $5.88 (45%)

In Stock.

**Want it Friday, Sept. 30?** Order within **5 hrs 52 mins** and choose **One-Day Shipping** at checkout. Details

Sold by Vacuum Cleaner Market and Fulfilled by Amazon.

Gift-wrap available.

Size: **9 Bags**

**9 Bags**
**$7.11**

(9) bags & (2) 38528-033 belts
$9.59

18 Bags
$14.75

45 Vacuum Bags
$29.00

- Enter your model number to make sure this fits.
- By EnviroCare Hoover wind tunnel Type Y

**Unlock extra savings with Subscribe & Save.**

Unlock up to 10% on this item when you subscribe to 5 or more items that arrive in the same month. No commitments, no obligations, and shipping is FREE.

Learn more

46 new from $6.00

Sh

One
$7.

Turn on

Ship to
Loren F

Sub
5
$6.

Add t
Add t
Add t

Saved for later (10)

**Other Sellers on Amazon**

$7.11 Add to Cart
Sold by: Our Pampered Home

$7.11 Add to Cart
Sold by: B & M Housewares

$7.11 Add to Cart
Sold by: House N Home

46 new from $6.00

Have one to sell? Sell on Amazon



Case 2:16-cv-05435-SP-BAYS *Document 1 *Filed 09/25/16 *Page 14 of 22 PageID #: 14



Drapery Hardware

Curtain Rods, Holdbacks and More
from Umbra

›Shop now





LG

**LG Hom-..**
**with Mop...**

$899.99

2

Cart

Cart Subtotal: **$15.98**

Proceed to checkout

## Frequently Bought Together



Total price: **$147.22**

Add all three to Cart

Add all three to List

☑ **This item:** Hoover WindTunnel Upright Type Y Vacuum Bags Microfiltration with Closure - 9 Pack, Compare With...  **$7.11**

☑ Hoover 40201160 Windtunnel Agitator Belts, Hoover 38528033 2-Pack  $5.23  Add-on Item ⧖

☑ Hoover T-Series WindTunnel Pet Bagged Upright, UH30310 - Corded  $134.88

## Customers Who Bought This Item Also Bought

   

Hoover 40201160
Windtunnel Agitator Belts,
Hoover 38528033 2-Pack
584

$5.23

Hoover Anniversary
WindTunnel Self-Propelled
Bagged Upright Vacuum,
U6485900
1,782

$144.99

Hoover T-Series
WindTunnel Pet Bagged
Upright, UH30310 - Corded
805

$134.88

Hoover Windtunnel MAX
Bagged Upright - UH306
494

$123.67

Saved for later (10)

Page 1 of 13

## Sponsored Products Related To This Item  (What's this?)

    

Hoover WindTunnel Air
Model UH70400 &
UH72400 Primary Filter.
Designed by FilterBuy...
6

$12.99

Eureka Brushroll Clean
Pet Upright Vacuum with
Suction Seal Technology
AS3401AX - Corded
60

$179.99

18 Hoover Type Y
WindTunnel and Tempo
Allergen HEPA Style
CLOTH Vacuum Bags;...
15

$12.99

Hoover HEPA TYPE Y &
Z Cloth Vacuum Bags for
Hoover Upright Vacs (4
Bags Included) By...
2

$10.75

Neato Botvac D80 Robot
Vacuum for Pets and
Allergies
682

$424.99

Ad feedback

## Special Offers and Product Promotions

Size: **9 Bags**

- Your cost could be **$0.00 instead of $7.11**! Get a **$70.00** gift card instantly upon approval for the **Amazon.com Rewards Visa Card.** Apply now.

## Product Description

Size: 9 Bags

By EnviroCare Hoover wind tunnel Type Y

## Product Information

Size:**9 Bags**

| | | |
|---|---|---|
| Product Dimensions | 8 x 2 x 5 inches | |
| Item Weight | 5.6 ounces | |
| Shipping Weight | 5.6 ounces (View shipping rates and policies) | |
| Manufacturer | Crucial Vacuum | |
| ASIN | B008VEMSRU | |
| Item model number | Fits Hoover Part 4010100Y | |
| Customer Reviews | 1,246 customer reviews 4.6 out of 5 stars | |
| Best Sellers Rank | #475 in Home & Kitchen (See Top 100 in Home & Kitchen) #2 in Home & Kitchen > Vacuums & Floor Care > Vacuum Parts & Accessories > Bags > Upright Bags | |
| Date first available at Amazon.com | February 28, 2005 | |

**2** Cart

Cart Subtotal: **$15.98**

Proceed to checkout

### Feedback

Would you like to give feedback on images?
Would you like to tell us about a lower price?

## Sponsored Products Related To This Item (What's this?)



Bissell Pet Bagless Upright Vacuum Cleaner, with Multi Cyclonic Technology and...
6
$149.95



Hoover Vacuum Cleaner Bags
20
$14.99



Hoover Upright Vacuum Type Y Anti-Allergen Filter Hepa Bags 3 Pk Part # A856
$10.00

King Vacuum Bags | Premium Standard Replacement Electrolux Vacuum Bags Style S...
13
$13.99

Saved for later (10)



Hoover Type Y Carbon HEPA Bag (three 2-packs), AH10165 (Set of 6 bags)
150
$31.24

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Hoover® WindTunnel Vacuum** — Great Prices on all **Hoover Vacuums** on HSN.com - Shop Online Today!  www.hsn.com/

2. **Hoover Windtunnel Parts** — Find **Hoover Windtunnel** Parts at Sears PartsDirect™ Today!  www.searspartsdirect.com/Hoover-Parts

Ad feedback

## Customer Questions & Answers

Case 2:16-cv-05459-JP-DKS   Document 1   Filed 09/23/16   Page 16 of 22 PageID #: 16

Have a question? Search for answers

| | | |
|---|---|---|
| 2 votes | **Question:** | Is this a 9 pack of bags or 3 pack as a customer indicated? |
| | **Answer:** | There are 9 bags in the package. |
| | | By M. S. on June 13, 2014 |
| | | **See more answers (5)** |

| | | |
|---|---|---|
| 1 vote | **Question:** | What are the advantages of using HEPA bags and why are they so darn expensive? |
| | **Answer:** | I know that they are supposed to be very effective to reduce the dust and pollens in the house when va for the filters probably meet a specific criteria for filtering out the afore mentioned offenders, thus the mor |
| | | By Bbds19 on November 6, 2014 |
| | | **See more answers (1)** |

| | | |
|---|---|---|
| 1 vote | **Question:** | I have a Hoover T-Series that worked great until i changed the bag (to one of these) and now i have suctio suggestions? |
| | **Answer:** | Your roller brush might be clogged, flip your vacuum over to check the roller. If the roller is wrapped with won't be able to turn or brush through the carpet and fail miserably at picking up dirt. If you do find that th clogged and furry-looking, this can eas... see more |
| | | By A to Z Quality Products on May 15, 2015  SELLER |
| | | **See more answers (5)** |

| | | |
|---|---|---|
| 1 vote | **Question:** | Are these bags cloth or paper? |
| | **Answer:** | They are paper but sturdy. |
| | | By P. Duran on December 31, 2014 |
| | | **See more answers (1)** |

See more answered questions (24)

## Customer Reviews

1,246

4.6 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 16% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 4% |

See all 1,246 customer reviews

Share your thoughts with other customers

Write a customer review

### Top Customer Reviews

**Caution: E-mail vendor FIRST before buying**

By K. West phal on May 24, 2010

Size: 9 Bags    Verified Purchase

I just received these bags, but the brand was NOT Envirocare as advertised -- it was Crucial Vacuum, a cheap Chinese knock-off (of a generic!). I've been having this problem with vacuum parts through Amazon where vendors ship out much cheaper, inferior parts than what's pictured and hope that most people don't complain. Amazon is not doing an adequate job of keeping tabs on these vendors, and they are making a mint off of these cheap, inferior bags.

I e-mailed the vendor to complain and they are sending out the correct brand, but really, why should I have to do that? If this happens to you, please complain to Amazon as well -- it's their responsibility to screen out vendors, especially when they rotate vendors through as the primary supplier (so feedback left for one may be attributed to another).

15 Comments    318 people found this helpful. Was this review helpful to you?   Yes  No
Report abuse

**Hoover micro filtration (paper) bags**

By Truism on April 27, 2011

Size: 9 Bags

---

2

**Cart**

Cart Subtotal: **$15.98**

Proceed to checkout

Save up to 15% pl
with Subscribe &
Weleda Calendula B
Wash, 6.8-Ounce
614

Saved for later (10)

Advertisement

### Customer Images

See all customer images

### Most Recent Customer Reviews

**Four Stars**

Exactly what needed to replace filter
Published 6 hours ago by Sherie Eiszele

**Can't beat the price!**

These are great bags for a great price. They work just as well as name brand bags. I was very happy with the first pack and after using all of them I recently ordered another... Read more
Published 1 day ago by BJane

Case 2:16-cv-05459-JFB-AYS Document 1 Filed 09/29/16 Page 17 of 22 PageID #: 17

Definitely NOT the ones to buy anymore.. Any of these older paper type "Y" bags (whatever they call them. In this case "micro-filtration") are famous for coming apart at the glued seams.. Hoover superseded them with their new complete plastic bags that are manufactured with "heat-sealed" seams, that never come apart.. The better ones are called Hoover part number 4010801Y.. They also have many other benefits over these older paper bags, invented in the 1950's. Namely the newer 4010801Y type "Y" bag also filters out smaller particles, fits into the vacuum easier and better, and contains more dirt. Don't be fooled into buying paper bags using catch names other than the word paper: Like "micro-filtration".. The newer plastic 4010801Y (also called part# 43655082) are HEPA rated to trap 99.97% of dust and pollens down to 0.3 microns.. The old ones don't come anywhere near that.. They fit all type "Y".. Once you use them, you will never switch back!

1 Comment    116 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### Good value

By J. Coe on March 10, 2007

Size: 9 Bags    Verified Purchase

These vacuum bags are just as good if not better than the "name brand" bags you buy at your local store. I hate going from store to store looking for the correct vacuum bag. Save yourself some time and money and stock up. The money you save on these bags will pay for the shipping.

Comment    40 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### False labeling claim on compatibility with the Hoover Wind Tunnel bagged vacuum--look at the difference!

By UMrebel on April 14, 2015

Size: 9 Bags    Verified Purchase

Though advertised as a compatible replacement bag for the Hoover Wind Tunnel Upright Type Y Micro Filtration bag, it does NOT FIT as the bag opening lacks the flexible opening that the GENUINE Hoover HEPA bag that costs considerably more and is sold in bags of 2. Beware of the EnviroCare Technologies that tries to pass its product off at a much lower cost. It will not fit!

 

1 Comment    19 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### Outstanding Vacuum Bag

By R. Crane VINE VOICE on February 7, 2009

Size: 9 Bags    Verified Purchase

There is little information easily available to figure out which vacuum uses which bag. The Hoover Tempo Widepath U5140-900 bagged upright vacuum came with this bag, and fortunately, it is the same bag that my old Hoover Wind Tunnel also used. Never had any problem with them over a period of eight years. They are sturdy and reliable, not bursting suddenly and flooding the room with dirt, when used properly. Highly recommended.

Comment    31 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### Kudos! For the money, Highly Recommended.

By fdoamerica on March 16, 2010

Size: 9 Bags    Verified Purchase

Look, to tone down those who say that the bag is not HEPA, 'reality check' nowhere on the bag does it say HEPA. I have used these bags and for the price they are great. As one reviewer states "It's good to have inexpensive cloth instead of the paper" AMEN. I just finished using my almost new Hoover Tempo Widepath U5140-900 (on sale $59 excellent value)to clean the fine remaining ash in my fireplace, my previous bag would have allowed the fine particles to escape... this bag did not - Kudos! For the money, Highly Recommended.

Comment    15 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### hoover

By M. Sor on January 15, 2008

Size: 9 Bags    Verified Purchase

The bag is sensitive you have to be careful putting it in otherwise it will block some the suction.

---

**Four Stars**

Works as expected.

Published 4 days ago by Linda Fleur

**like the one present on the Hoover brand bag that ...**

BUYER BEWARE - T... gasket/seal around th... present on the Hoover ... new vacuum. Read m...

Published 4 days ago b...

**Perfect**

As adversised

Published 5 days ago b...

**Five St...**

A very good product fo...

Published 6 days ago b...

**I've use...**

**my vacuum than I ...**

I've used more generic... have the Hoover bags... perfectly and as expe...

Published 6 days ago b...

**Five St...**

do what they are mea...

Published 7 days ago b...

**Five St...**

Happy with everything...

Published 7 days ago b...

**Five St...**

Very satisfied.

Published 9 days ago b...

**Search Customer Re...**

---

2   Cart

Cart Subtotal: **$15.98**

Proceed to checkout

Saved for later (10)

Case 2:16-cv-05459-JFB-AYS   Document 1   Filed 09/29/16   Page 18 of 22 PageID #: 18

25 people found this helpful. Was this review helpful to you?  [Yes] [No]   Report

**Type Y Vacuum Bags Microfiltration with Closure - 9 Pack**

By Amazin' Rally on July 18, 2007

Size: 9 Bags   **Verified Purchase**

Basic item replacement that has nothing outstanding about it. Careful when ordering and price comparing because the company I ordered from did not give a discount for multiple packs, i.e. S&H was added for each pack. Thought I'd stockpile to save a few bucks but all I did was use my storage space.

Comment
abuse

17 people found this helpful. Was this review helpful to you?  [Yes] [No]   Report

**See all 1,246 customer reviews (newest first)**

[Write a customer review]

---

**2**   Cart

Cart Subtotal: **$15.98**

[Proceed to checkout]

Saved for later (10)

## Customers Who Viewed This Item Also Viewed



Hoover Type Y HEPA Bag (2-Pack), AH10040
279
$7.28



10 Allergy Filtration Hoover Type Y Scented Replacement Vacuum Bags To Fit Hoover…
102
$12.95



Hoover WindTunnel Upright Type Y/Z - 9 Pack
363
$8.24



Hoover Type Y Allergen Bag (6-Pack), 4010100Y
181
$18.56

Hoo
Bag
$5.

---

## Your Recently Viewed Items and Featured Recommendations

Inspired by your purchases



Playtex Playtime Insulator Straw Cup, 9 oz, 2 ct
209
$8.19

Playtex Sipsters Stage 1 Sippy Cups Starter Set - 6 Ounce - 2 Pack (Colors may Vary)
927
$7.03



Simple Designs LF2000-SLV Floor Lamp with Reading Light, Silver
172
$26.32



Playtex Sipsters Stage 3 Super Friends Infant Cups, Assorted (Color/Theme May…
143
$10.59



World of Eric Carle, The Very Hungry Caterpillar Wood Pull Toy



Normande Lighting 150W Incandescent Concord



Playtex Playtex Coolster Tumbler Sippy Cup 10 oz -

91   Torchiere Lamp, Brushed   Colors and Designs May
     Steel                     Vary (Discontinued by…

$20.24                         221

             $34.99   $6.00
      400

You
viewed

2

Cart

Cart Subtotal: **$15.98**

Proceed to checkout

FoodSaver
Goldbox Deal of the Day
SAVE UP TO 30%
Shop
amazon

Ad

Back to top

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   U

Saved for later (10)

| | | | | |
|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys |

Amazon Business
Everything For
Your Business

Amazon Web Services
Scalable Cloud
Computing Services

CreateSpace
Indie Print Publishing
Made Easy

IMDb
Movies, TV
& Celebrities

TenMarks.com
Math Activities
for Kids & Schools

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

# EXHIBIT C



Case 2:15-cv-05435-SJF-AYS   Document 1   Filed 09/20/16   Page 21 of 22 PageID #: 21

Home & Kitchen ▾

Departments ▾     Your Amazon.com   Today's Deals   Gift Cards & Registry   Sell   Help     Hello. Sign in Your Account ▾   Try Prime ▾   Lists ▾     0 Cart

Home & Kitchen   Best Sellers   Shop by Room ▾   Bedding & Bath ▾   Home Décor ▾   Artwork ▾   Storage ▾   Vacuums & Floor Care ▾   Heating & Cooling ▾   Furniture ▾

‹ Return to product information    Have one to sell?    Every purchase on Amazon.com is protected by an A-to-z guarantee.    Feedback on this page? Tell us what you think

## Hoover WindTunnel Upright Type Y Vacuum Bags Microfiltration with Closure - 9 Pack, Compare With Hoover Part # 4010100Y
by EnviroCare

1,246 customer reviews    Share

**Size: 9 Bags**

| 9 Bags | (9) bags & (2) 38528-033 belts | 18 Bags | 45 Vacuum Bags | Lowest offer for each |

| Refine by Clear all | Price + Shipping | Condition (Learn more) | Delivery | Seller Information | Buying Options |
|---|---|---|---|---|---|
| **Shipping** ☐ Free shipping | **$7.48** & FREE Shipping on eligible orders. Details | New | FULFILLMENT BY AMAZON ● Get it as fast as Friday, September 30. Order within 6 hours and 25 minutes. See details ● Shipping rates and return policy. | **pildres supplies** positive over the past 12 months. (57 total ratings) | Add to cart or Sign in to turn on 1-Click ordering. |
| **Condition** ☑ New | **$7.48** & FREE Shipping on eligible orders. Details | New | FULFILLMENT BY AMAZON ● Get it as fast as Friday, September 30. Order within 6 hours and 25 minutes. See details ● Shipping rates and return policy. | **Merchandise Mecca** 99% positive over the past 12 months. (29,000 total ratings) | Add to cart or Sign in to turn on 1-Click ordering. |
| | **$7.48** & FREE Shipping on eligible orders. Details | New We are one of the exclusive sellers of Envirocare products. | ● Get it as fast as Friday, September 30. Order within 6 hours and 25 minutes. See details ● Shipping rates and return policy. | **BanksVac Since 1956** 100% positive over the past 12 months. (4,533 total ratings) | Add to cart or Sign in to turn on 1-Click ordering. |
| | **$7.97** & FREE Shipping on eligible orders. Details | New New | FULFILLMENT BY AMAZON ● Get it as fast as Friday, September 30. Order within 6 hours and 25 minutes. See details ● Shipping rates and return policy. | **Vacuums4U** 100% positive over the past 12 months. (8,390 total ratings) | Add to cart or Sign in to turn on 1-Click ordering. |
| | **$7.99** & FREE Shipping on eligible orders. Details | New | FULFILLMENT BY AMAZON ● Get it as fast as Friday, September 30. Order within 6 hours and 25 minutes. See details ● Shipping rates and return policy. | **Crucial Vacuum Inc** 99% positive over the past 12 months. (105,887 total ratings) | Add to cart or Sign in to turn on 1-Click ordering. |
| | **$7.99** & FREE Shipping on eligible orders. Details | New | FULFILLMENT BY AMAZON ● Get it as fast as Friday, September 30. Order within 6 hours and 25 minutes. See details ● Shipping rates and return policy. | **Black and Gold Gifts** 98% positive over the past 12 months. (65 total ratings) | Add to cart or Sign in to turn on 1-Click ordering. |
| | **$7.99** & FREE Shipping | New | ● Delivery by October 4-7. ● Get it as fast as Wednesday, October 5. Choose this date at checkout. ● Shipping rates and return policy. | **Todays Concept** 97% positive over the past 12 months. (46,145 total ratings) | Add to cart or Sign in to turn on 1-Click ordering. |

| $3.00<br>+ $4.99 shipping | New<br>Product bag is open, but never used and has 9 vacuum bags | • Delivery by October 5-21.<br>• Ships from CA, United States.<br>• Shipping rates and return policy. | Bay Area Sun Rise<br>100%<br>positive. (2 total ratings) | Add to cart<br>or<br>Sign in to turn on 1-Click ordering. |
| $7.99<br>& FREE Shipping | New | • Delivery by October 4-7.<br>• Get it as fast as Wednesday, October 5. Choose this date at checkout.<br>• Shipping rates and return policy. | Allergy Be Gone<br>98%<br>positive over the past 12 months. (36,504 total ratings) | Add to cart<br>or<br>Sign in to turn on 1-Click ordering. |
| $3.69<br>+ $4.49 shipping | New | • Delivery by October 4-7.<br>• Ships from VA, United States.<br>• Shipping rates and return policy. | TOPVACUUMPARTS<br>100%<br>positive over the past 12 months. (2,683 total ratings) | Add to cart<br>or<br>Sign in to turn on 1-Click ordering. |

← Previous  1  2  3  4  5  Next →

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

Amazon Drive
Unlimited Cloud Storage
From Amazon

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Deals and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2016, Amazon.com, Inc. or its affiliates